ELIZABETH A. STRANGE
Acting United States Attorney
RUI WANG
Assistant U.S. Attorney
State Bar No.: 024184
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: rui.wang@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2017 JUN 14 P 4: 37

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Jose Pastrano-Rios,

(Counts 1-6)

Defendant.

CR 17-926 TUC RCC (BGM)

**INDICTMENT**

VIOLATIONS:
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(i) & (B)(i)
(Conspiracy to Bring In Illegal Aliens for Profit)
Count 1

8 U.S.C. § 1324(a)(2)(B)(ii)
(Bringing In Illegal Alien for Profit)
Counts 2-5

8 U.S.C. § 1326(a)
(Illegal Reentry of Illegal Alien)
Count 6

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy to Bring in Illegal Aliens for Profit**

On or about May 19, 2017, at or near Stanfield, in the District of Arizona, Jose Pastrano-Rios, did knowingly and intentionally combine, conspire, confederate, and agree with various persons known and unknown to bring to the United States in any manner whatsoever other than a designated port of entry or place other than as designated by the Commissioner, illegal aliens, Alex Lopez, J. Z.-C., Miguel Lozano-Carcamo, aka Miguel Lozano Carcomeco and M. E.-A., knowing that said aliens had no prior official authorization to come to, enter and remain in the United States, and did so for the purpose

of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i).

### COUNT 2
### Bringing in of an Illegal Alien for Profit

On or about May 19, 2017, at or near Stanfield, in the District of Arizona, Jose Pastrano-Rios, knowing and in reckless disregard of the fact that a certain alien, Alex Lopez, had not received prior official authorization to come to, enter, and remain in the United States, did knowingly bring to the United States in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### COUNT 3
### Bringing in of an Illegal Alien for Profit

On or about May 19, 2017, at or near Stanfield, in the District of Arizona, Jose Pastrano-Rios, knowing and in reckless disregard of the fact that a certain alien, J. Z.-C., had not received prior official authorization to come to, enter, and remain in the United States, did knowingly bring to the United States in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### COUNT 4
### Bringing in of an Illegal Alien for Profit

On or about May 19, 2017, at or near Stanfield, in the District of Arizona, Jose Pastrano-Rios, knowing and in reckless disregard of the fact that a certain alien, Miguel Lozano-Carcamo, aka Miguel Lozano Carcomeco, had not received prior official authorization to come to, enter, and remain in the United States, did knowingly bring to the United States in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and did so for the purpose of commercial

1  advantage and private financial gain, in violation of Title 8, United States Code, Section
2  1324(a)(2)(B)(ii).

### COUNT 5

### Bringing in of an Illegal Alien for Profit

On or about May 19, 2017, at or near Stanfield, in the District of Arizona, Jose Pastrano-Rios, knowing and in reckless disregard of the fact that a certain alien, M. E.-A., had not received prior official authorization to come to, enter, and remain in the United States, did knowingly bring to the United States in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### COUNT 6

### Illegal Reentry After Deportation

On or about May 19, 2017, at or near Stanfield, in the District of Arizona, Jose Pastrano-Rios, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Calexico, California, on or about March 6, 2015, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

**A TRUE BILL**

/S/

_____
Presiding Juror

United States v. Jose Pastrano-Rios
Indictment; Page 3 of 4

REDACTED FOR
PUBLIC DISCLOSURE

- 4 -

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/

---

Assistant United States Attorney
  Dated: June 14, 2017